```
IN THE UNITED STATES DISTRICT COURT
 FOR THE WESTERN DISTRICT OF NORTH CAROLINA
              CHARLOTTE DIVISION
                3:02CV67-MU-02
```

| | | |
|---|---|---|
| BYRON JONES, | ) | |
|     Petitioner, | ) | |
| | ) | |
|     v. | ) | <u>ORDER</u> |
| | ) | |
| ROBERT REISH, | ) | |
|     Respondent. | ) | |

**THIS MATTER** comes before the Court on the petitioner's "Motion To Supplement Pleadings Pursuant To Federal Rules Of Civil Procedure 15(a)."

The instant Motion inadvertently was filed on a docket which previously had merged with another case file, and the Court was not aware that such Motion still was pending until recently. More critically, the matter to which the instant Motion to Supplement pertains already has been resolved with the Court by the consent of the parties. Consequently, the instant Motion will be **DISMISSED as moot.**

    **SO ORDERED.**

    Signed: September 19, 2006

Graham C. Mullen
United States District Judge